UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JULIA HIBBELER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 3:26-cv-00031

Judge Eli J. Richardson
Magistrate Judge Luke A. Evans

## <u>ORDER</u>

Counsel for the parties appeared for an initial case management conference on August 5, 2026. Pending before the Court is Defendant's motion to dismiss pursuant to Rule 12(b)(1). (Doc. No. 20.) During the Conference, Plaintiff's counsel alerted the Court that he is seeking limited discovery on the jurisdictional issues raised in the motion. Plaintiff shall file the motion for limited discovery by no later than August 17, 2026. Defendant shall file a response by no later than August 26, 2026. Plaintiff may file reply by no later than August 31, 2026.

A status conference is set for September 10, 2026 at 1:30 pm. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

Discovery is stayed pending the resolution of Plaintiff's motion for limited discovery.

It is so ORDERED.

                              LUKE A. EVANS
                              United States Magistrate Judge